# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

---

### JUDGMENT IN A CIVIL CASE

Anthony Nalls,

    Plaintiff,

    V.              Case No. 15-3511-CV-S-BP-P

Dr. Jackson, et al.,

    Defendants.

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: ORDERED that:
(1) Defendants Gaddy, Naylor, Jessica Williams, John Williams, Golden, Davis, Chada, and Harris's motions for summary judgment (Docs. 58, 62, 65, 68, 71, 74, 77) are granted;
(2) Defendants' motion for order (Doc. 87) is granted for the reasons set forth herein; and
(3) this case is dismissed.

Entered on: <u>March 21, 2017.</u>

                                              PAIGE WYMORE-WYNN
                                              CLERK OF COURT

                                              <u>/s/ C. Davies</u>
                                              (By) Deputy Clerk